# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| COLUMBIA SUSSEX CORPORATION, | ) |
| PLAINTIFF, | ) |
| v. | ) Civil Action No. 1:19-cv-00131-DLB-CJS |
| STEADFAST INSURANCE COMPANY, | ) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Columbia Sussex Corporation and Defendant Steadfast Insurance Company, comprising all parties to this action, hereby stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and fees. This Stipulation dismisses this action in its entirety, including without limitation Plaintiff Columbia Sussex Corporation's Complaint and Steadfast Insurance Company's Counterclaim.

Respectfully submitted,

| | |
|---|---|
| */s/ George M. Vinci, Jr.* | */s/ Laurie A. Kamaiko* |
| George M. Vinci, Jr. (*Admitted pro hac vice*) | Laurie A. Kamaiko (*Admitted pro hac vice*) |
| David B. Picker (*Admitted pro hac vice*) | Matthew Antonelli (*Admitted pro hac vice*) |
| SPECTOR GADON ROSEN VINCI, P.C. | SAUL EWING ARNSTEIN & LEHR, LLP |
| 1635 Market Street – 7th Floor | 1270 Avenue of the Americas – Suite 2005 |
| Philadelphia, PA 19103 | New York, NY 10020 |
| (215) 241-8888 | (212) 980-7202 |
| gvinci@sgrvlaw.com | laurie.kamaiko@saul.com |
| dpicker@sgrvlaw.com | matt.antonelli@saul.com |
| | |
| Darren W. Ford | Robert E. Stopher |
| GRAYDON HEAD & RITCHEY LLP | Robert D. Bobrow |
| 2400 Chamber Center Dr., Suite 300 | BOEHL STOPHER & GRAVES, LLP |
| Ft. Mitchell, KY 41017 | 400 West Market Street, Suite 2300 |
| dford@graydon.com | Louisville, KY 40202 |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |
| *COLUMBIA SUSSEX CORPORATION* | *STEADFAST INSURANCE COMPANY* |